IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FLECK et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUSTEES OF THE UNIVERSITY | : | NO. 12-3765 |
| OF PENNSYLVANIA et al. | : | |

ORDER

AND NOW, this 5th day of February, 2014, upon consideration of the unopposed motions for summary judgment from defendants Trustees of the University of Pennsylvania, et al. ("Penn") (docket entry # 40) and defendants City of Philadelphia, et al. ("City") (docket entry # 41), and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. The Penn defendants' motion for summary judgment is GRANTED;

2. The City's motion for summary judgment is GRANTED; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


   /s/ Stewart Dalzell, J.
Stewart Dalzell, J.